**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
■ Eighth _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Carlos Justo     JOINT DEBTOR: Ivette Justo     CASE NO.: 18-21499 RBR
SS#: xxx-xx- 6830         SS#: xxx-xx- 7271

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ☐ | ■ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $5,692.91 for months 1 to 2 ;
2. $711.55 for months 3 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $7800.00 | Total Paid: | $1500.00 | Balance Due: | $6300.00 |
|---|---|---|---|---|---|
| | Payable | $572.73 | /month (Months 1 to 11 ) | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
Safe Harbor: 3500.00+150.00+MMM 2500.00+100.00+ (2 Motions to Value) 1550.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Rushmore Loan Management Services, LLC
   Address: P.O. Box 514707
   Los Angeles, CA 90051
   Arrearage/ Payoff on Petition Date _____
   MMM Adequate Protection   $4,528.51 /month (Months 1 to 2 )
   Last 4 Digits of Account No.: 6264
   Other: This claim will be treated direct starting in month 3.

☒ Real Property                              Check one below for Real Property:
  ☒ Principal Residence                       ☒ Escrow is included in the regular payments
  ☐ Other Real Property                       ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
5058 SW 170th Ave Miramar, FL 33027

☐ Personal Property/Vehicle
Description of Collateral:

2. Creditor: Riviera Isles Master Association, Inc.

   Address: c/o Exclusive Property Management
   2945 W Cypress Creek RD, Suite 201
   Fort Lauderdale, FL 33309

   Arrearage/ Payoff on Petition Date    $0.00
   Regular Payment (Maintain)            $24.71    /month (Months  1  to  11 )
   Regular Payment (Maintain)            $198.54   /month (Months  12 to  60 )

   Last 4 Digits of Account No.:  6011
   Other: Proof of Claim #2

☒ Real Property                              Check one below for Real Property:
  ☒ Principal Residence                       ☐ Escrow is included in the regular payments
  ☐ Other Real Property                       ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
5058 SW 170th Ave Miramar, FL 33027

☐ Personal Property/Vehicle
Description of Collateral:

3. Creditor: Venezia Homeowners Association, Inc

   Address: c/o Exclusive Property Management
   2945 W Cypress Creek RD, Suite 201
   Fort Lauderdale, FL 33309

   Arrearage/ Payoff on Petition Date    $0.00
   Regular Payment (Maintain)            $24.71    /month (Months  1  to  11 )
   Regular Payment (Maintain)            $34.46    /month (Months  12 to  60 )

   Last 4 Digits of Account No.:  0097
   Other:

☒ Real Property                              Check one below for Real Property:
  ☒ Principal Residence                       ☐ Escrow is included in the regular payments
  ☐ Other Real Property                       ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
5058 SW 170th Ave Miramar, FL 33027

☐ Personal Property/Vehicle
Description of Collateral:

Debtor(s): Carlos Justo, Ivette Justo    Case number: 18-21499 RBR

4. Creditor: Internal Revenue Service
   Address: PO Box 7317
   Philadelphia, PA 19101

   Arrearage/ Payoff on Petition Date   $2737.00 @5% = $3099.03 (POC 11)
   Payoff   $24.71   /month (Months 1 to 11)
   Payoff   $57.70   /month (Months 12 to 60)

   Last 4 Digits of Account No.: 7271
   Other: Per Proof of Claim 11

   ■ Real Property
   ☐ Principal Residence
   ☐ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

   Address of Collateral:
   5058 SW 170th Ave Miramar, FL 33027

   ☐ Personal Property/Vehicle
   Description of Collateral:

B. **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

1. Creditor: Riviera Isles Master Association, Inc.
   Address: c/o Exclusive Property Management
   2945 W Cypress Creek RD, Suite 201
   Fort Lauderdale, FL 33309

   Value of Collateral: $566,490.00
   Amount of Creditor's Lien: $19,341.02
   Interest Rate: 0.00%

   Last 4 Digits of Account No.: 6011

   Real Property
   ■ Principal Residence
   ☐ Other Real Property

   Address of Collateral:
   5058 SW 170th Ave Miramar, FL 33027
   (Proof of Claim #2)

   Check one below:
   ☐ Escrow is included in the monthly mortgage payment listed in this section
   ☐ The debtor(s) will pay
   ☐ taxes   ☐ insurance directly

   **Payment**
   Total paid in plan: $0.00
   $0.00 /month (Months ___ to ___)

LF-31 (rev. 10/3/17)    Page 3 of 5

| | | |
|---|---|---|
| 2. Creditor: Venezia Homeowners Association, Inc<br>Address: c/o Exclusive Property Management<br>2945 W Cypress Creek RD, Suite 201<br>Fort Lauderdale, FL 33309<br>Last 4 Digits of Account No.: 0097<br><br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>5058 SW 170th Ave Miramar, FL 33027 | Value of Collateral: $566,490.00<br>Amount of Creditor's Lien: $1,753.49<br><br>Interest Rate: 0.00%<br><br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>☐ taxes  ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br><br>$0.00 /month (Months ___ to ___) |

2. **VEHICLES(S):** ■ NONE

3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE**  ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☐ NONE

   ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

   | | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
   |---|---|---|---|
   | 1. | Santander Consumer USA | 2072 | 2017 Infiniti QX60 |
   | 2. | OneMain Financial Group, LLC | 2920 | 2008 Dodge Grand Caravan |
   | 3. | Rushmore Loan Management Services, LLC | 6264 | 5058 SW 170th Ave Miramar, FL 33027 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **INTERNAL REVENUE SERVICE:** ☐ NONE

   Total Due: $16,450.38    Total Payment: $16,450.38

   Payable: $335.73 /month (Months 12 to 60 )

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay $20.43 /month (Months 12 to 60 )

LF-31 (rev. 10/3/17)                           Page 4 of 5

Debtor(s):  Carlos Justo, Ivette Justo    Case number: 18-21499 RBR

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** <u>SEPARATELY CLASSIFIED</u>:    ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

**VII.** <u>**INCOME TAX RETURNS AND REFUNDS:**</u> ■ NONE

**VIII.** <u>**NON-STANDARD PLAN PROVISIONS**</u> ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| s/ Carlos Justo | Debtor | February 28, 2019 | s/ Ivette Justo | Joint Debtor | February 28, 2019 |
|---|---|---|---|---|---|
| Carlos Justo | | Date | Ivette Justo | | Date |

_____    _____
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**